UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEE BINION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV767SNL |
| ) | |
| SOUTHWESTERN BELL TELEPHONE ) | |
| YELLOW PAGES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the plaintiff's motion for reconsideration (#19), filed June 10, 2005. Defendant has filed a responsive pleading.

After careful consideration of the matter, the Court will deny the instant motion. The Court's June 6, 2005 order shall remain in full force and effect.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's motion for reconsideration (#19) be and is **DENIED.**

Dated this   15th   day of June, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE